**SO ORDERED.**

**Dated: March 8, 2017**



_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

Patrick T. Derksen (State Bar I.D. No. 023178)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com

Attorneys for Chapter 7 Trustee, Jill H. Ford

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| BRYAN HOPE CAMPOS, | Case No. 2:15-bk-03798-MCW |
| Debtor. | Adversary No. 2:16-ap-00517-MCW |
| JILL H. FORD, Chapter 7 Trustee, | |
| Plaintiff, | |
| vs. | **DEFAULT JUDGMENT AGAINST ALAN CAMPOS** |
| BRYAN HOPE CAMPOS; ALAN CAMPOS and JANE DOE CAMPOS, Husband and Wife, | |
| Defendants. | |

The plaintiff and Chapter 7 trustee, Jill H. Ford ("Plaintiff" or "Trustee"), having filed a Complaint (the "Complaint") on October 20, 2016 against Alan Campos ("Defendant Alan Campos"); the Clerk of the Bankruptcy Court having duly entered default against Defendant Alan Campos; the Plaintiff having filed her Motion for Entry of Default Judgment against Defendant Alan Campos; Defendant Alan Campos being neither infant nor incompetent; Defendant Alan Campos having been properly served pursuant to Rule 7004(b)(1) of the Federal

Rules of Bankruptcy Procedure; the statutory time within which to plead or otherwise defend having expired and Defendant Alan Campos having failed to do so; the Complaint having set forth facts sufficient to support the claim for relief; and good cause appearing, it is,

ORDERED, ADJUDGED AND DECREED granting Judgment by default against Alan Campos as follows:

A. Avoiding the Transfer (as defined in the Complaint) in the amount of $1,300.00, pursuant to 11 U.S.C. § 547;

B. Entering judgment against Defendant Alan Campos in favor of the estate for the value of the avoided Transfer in the amount of $1,300.00, pursuant to 11 U.S.C. § 550;

C. Plaintiff may record this Judgment in any appropriate county recorder's office;

D. This Judgment is a final Judgment which can be enforced and relied upon according to its terms, and this Court hereby determines that, in accordance with Rule 54(b) of the Federal Rules of Civil Procedure and Bankruptcy Rule 7054, there is no just reason for delay in the entry of this Judgment and this Court expressly directs this Judgment shall be entered immediately and shall be and hereby is a final Judgment of this Court; and

E. The Bankruptcy Clerk is directed to close this adversary proceeding.

**SIGNED AND DATED ABOVE.**